JUDGE ROBERT S. LASNIK

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR17-059RSL |
| Plaintiff, | ORDER GRANTING MOTION FOR EARLY TERMINATION OF PROBATION |
| v. | |
| RADION BULIMAGA, | ~~(PROPOSED)~~ |
| Defendant. | |

This matter having come before the Court on the Defendant's Motion for Early Termination of Probation and the Court having reviewed the motion and the records and files herein,

THE COURT FINDS, pursuant to 18 U.S.C. § 3564(c), that early termination of Mr. Bulimaga's probation is warranted by the conduct of Mr. Bulimaga and in the interests of justice;

IT IS FURTHER ORDERED that the term of probation for Mr. Bulimaga shall be terminated, effective immediately.

The Clerk of the Court is directed to send copies of this order to all counsel of record, and to the United States Probation Office.

IT IS SO ORDERED.

DONE this 5th day of ~~March~~ April, 2019.

_____
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

ORDER GRANTING MOTION FOR
EARLY TERMINATION OF PROBATION
(*Radion Bulimaga;* CR17-059RSL)

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100